IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| NATHANIEL RODRIGUEZ | : | No. 16-14-1 |

## ORDER

AND NOW, this 17th day of April, 2023, upon consideration of Nathaniel Rodriguez's Motion for Reduction of Sentence (Doc. No. 63), Ms. Rodriguez's Motion for Compassionate Release Consideration (Doc. No. 65), Ms. Rodriguez's Motion for Appointment of Counsel (Doc. No. 67), and the Government's Response in Opposition (Doc. No. 68), it is **ORDERED** that the motions (Doc. Nos. 63, 65, & 67) are **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1